UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE KINSER, | ) CASE NO. EDCV 11-0718-RGK(PJW) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND |
| | ) ADOPTING FINDINGS, CONCLUSIONS, |
| COUNTY OF SAN BERNARDINO, | ) AND RECOMMENDATIONS OF UNITED |
| et al., | ) STATES MAGISTRATE JUDGE |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED:    January 27, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE