UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE KINSER, | Case No. ED CV 11-0718-RGK (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>January 27, 2012</u>.

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE