UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE KINSER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>        Defendants. | Case No. ED CV 11-0718-RGK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>January 27, 2012</u>.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE